UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.  09-26947-BKC-AJC
JULIE SEVILLA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $  3,059.32  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case. Your  trustee
     has made a good faith effort to verify the correct  mailing
     address for said debtor(s)/Creditor(s) and deliver  the  funds
     before  presenting this notice.  More than sufficient time  has
     passed for these checks to be presented for  payment,  or  the
     creditor  has returned funds  indicating they refuse the funds.

(  ) The trustee has a balance of $      .00   remaining in her bank
     account  which  represents small dividends as defined  by  FRBP
     3010.

     Attached and made a part of this notice is a list,  pursuant
to FRBP 3011,  of  the  names,  Claim  numbers  and  addresses
of the debtor(s)/creditor(s) and the amounts  to  which  they  are
entitled.

     WHEREFORE,  your trustee hereby gives notice that  the above
stated  sum  has  been  deposited  with  the  Clerk  of the U. S.
Bankruptcy Court, Southern  District  of Florida, to effect closing
of this estate.

Date: **APR 2 9 2011**

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

JULIE SEVILLA
3409 TORREMOLINOS AVE
DORAL, FL 33178

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

COSTA DEL SOL CONDO
POB 520911
MIAMI, FL 33152

COSTA DEL SOL CONDO
POB 520911
MIAMI, FL 33152

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                          CASE NO.   09-26947-BKC-AJC
JULIE SEVILLA


                                CHAPTER 13


    JULIE SEVILLA

    3409 TORREMOLINOS AVE
    DORAL, FL 33178


    PATRICK L. CORDERO, ESQUIRE
    198 NW 37 AVENUE
    MIAMI, FL 33125


    COSTA DEL SOL CONDO        ---------$      2,578.44
    POB 520911
    MIAMI, FL 33152                              UNDELIVERABLE/STALE
                                                 CLAIM REGISTER#  2


    COSTA DEL SOL CONDO        ---------$       480.88
    POB 520911
    MIAMI, FL 33152                             UNDELIVERABLE/STALE
                                                CLAIM REGISTER#  C


    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130